# EXHIBIT "F"

---------- Forwarded message ---------
From: **Jed Doering** <jeddoering5@gmail.com>
Date: Thu, Aug 15, 2019, 8:53 AM
Subject: YOUR AUTOPARTS SHOP IS MINE
To: <jorge.americandra@gmail.com>

Your domains were taken by me and your empty GoDaddy account was closed. As a result, your business stopped working. Your shop is nothing if you don't have your trusted domain name.

While you're reading this EMail, you're losing orders and AdWords money, cuz I turned off your ECommerce platform on your website as you can see.

You made 400k$ Gross for the past 6 months, so my price of this and all other domains is 10BTC. It's not a big deal for you, because you fucked up and fucked up hard.

You got 48h to answer me and make a payment and do not play with me, I am sure you know what bitcoin is. I got all your information and every account. You got Binance (jorge.americandra@gmail.com:Jorge5921171) so you should be familliar with crypto.

After I see your transaction - you will get your new account at another registrator to which I transferred your domains, all you will need is to change DNS back to previous one and your shop will work fine again. As a bonus, I will tell you where did you fucked up, why and how to prevent this shit in future.

And remember, no one will do anything having only 2 days. I can destroy your business and I will if you don't make a payment in 48h.

After this time, you will not be able to contact me again. I will go ahead and do my job with other people, but you will lost your shop and I don't give a single fuck about it.

Your payment BTC address is 3NVfHHFjmNsJS5KTV3J4pUxNbohq1kEJc7

---------- Forwarded message ---------
From: **Jed Doering** <jeddoering5@gmail.com>
Date: Thu, Aug 15, 2019 at 3:29 PM
Subject: PAYOUT TIME WAS SHORTENED BY 24H
To: <jorge.americandra@gmail.com>, <jorge@xportautoparts.com>, <jmenedez29@gmail.com>,
<joe@xportautoparts.com>


You got your GoDaddy acc back, but it's not a big deal. Your one and only needed domain was already
transferred and GoDaddy support team will not do anything about it and you know it, they even could tell
it to you already ;)

Because of your actions your payout time was shortened by 24h and now you have 18h to contact me if
you still want your domain back. After that the payout amount will increase to 20BTC and it will be still
not hard for you to pay, but you decide.

---------- Forwarded message ---------
From: **Jed Doering** <jeddoering5@gmail.com>
Date: Wed, Aug 21, 2019 at 12:04 AM
Subject: RDY TO PAY AND INSTANT GET UR DOMAIN BACK?
To: <jorge.americandra@gmail.com>, <jorge@xportautoparts.com>, <jmenedez29@gmail.com>


RDY TO PAY AND INSTANT GET UR DOMAIN BACK?