UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-23694-DPG

XPORT AUTO PARTS, INC.,
A Florida Corporation,

    Plaintiff(s),

v.

www.xportautoparts.com; GoDaddy.com, LLC;
Unknown Registrant A/K/A Memerio Kernado
A/K/A Jed Doering; Registrar of Domain Names
Reg.Ru, LLC,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Plaintiff, XPORT AUTO PARTS, INC., by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby gives notice of its voluntary dismissal of this action, without prejudice. This notice of voluntary dismissal is filed based on the retrieval of the subject domain name by the Plaintiff rendering moot the claims raised by the Plaintiff.

DATED: September 13, 2019

    Respectfully submitted,

                                            Recalde Law Firm, P.A.
                                            Attorneys for Plaintiff
                                            10800 Biscayne Blvd, Suite 440
                                            Miami, FL 33161
                                            Ph: 305-792-9100
                                            Fax: 1-305-517-1407
                                            By: /s/Geremy Klein
                                            Geremy Klein, Esq.

FBN: 106981
Rafael Recalde, Esq.
FBN: 60040
Primary: geremy@recaldelaw.com
Secondary: rafael@recaldelaw.com